UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

WILSON RIVERA,

        Plaintiff,                                  Case No. 1:14cv214

v.                                                      Hon. Robert J. Jonker

MICHIGAN DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.
_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on August 24, 2015.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 24, 2015, is **APPROVED AND ADOPTED** as the opinion of the court.

**IT IS ORDERED** that defendants' motion for summary judgment (docket #24) is **GRANTED**.

**IT IS FURTHER ORDERED** that defendants MDOC, Heyns, Finco, Martin and Wolfe are **DISMISSED** from this action.  Plaintiff may proceed on the following claims:  (1) that defendant Stephens rejected his incoming mail on December 10, 2012; (2) that defendant White refused to sign plaintiff's disbursement form to order a book; (3) that defendant White attempted to intimidate plaintiff into tearing up his Religious Preference form indicating membership in MSTA-1928; and (4) that defendant White improperly advised mailroom staff to reject plaintiff's incoming mail in December, 2012.

                                                                   /s/ Robert J. Jonker
                                                                  ROBERT J. JONKER
                                                     CHIEF UNITED STATES DISTRICT JUDGE

DATED:  September 15, 2015.